Exhibit 1

CASE 21-C-817                    KANAWHA                              PAGE 1
ANNA MARIEA TARULLO         vs. CAMC, INC.

| LINE | DATE | ACTION |
|---|---|---|
| 1 | 09/15/21 | *CASE INFO SHEET; C; SUM & 3 CPY; F FEE; $400 |
| 2 | 09/22/21 | # LET FR SS DTD 9/20/21; SUM W/RET (9/20/21 SSI AS TO CAMC INC |
| 3 | 09/27/21 | # RET OF SERVICE OF SUM & C (9/20/21 PM) AS TO TIFFANY LASKY DO |