Exhibit 2

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

ANNA MARIA TARULLO,

    Plaintiff,

v.                                     CIVIL ACTION NO. 21-C-817

    Webster

CHARLESTON AREA MEDICAL CENTER, INC.;
and TIFFANY LASKY, D.O.,

    Defendants.

| Defendant | Days to Answer | Type of Service |
|---|---|---|
| Charleston Area Medical Center, Inc. | 30 | Secretary of State |
| Tiffany Lasky, D.O | 20 | Personal Service |

Please issue summons in the above-styled action as indicated Original and 2 copies of Complaint furnished herewith.

_____
Ben Salango (WVSB #7790)
SALANGO LAW, P.L.L.C.
206 Capitol Street
Charleston, West Virginia 25331
Phone: (304) 342-0512
Fax: (304) 342-0513
*Counsel for Plaintiff*

| PLAINTIFF: Anna Maria Tarullo | CASE NUMBER: 21-C-_____ |
|---|---|
| DEFENDANTS: Charleston Area Medical Center, Inc. and Tiffany Lasky, D.O. | |

**I.   TYPE OF CASE:**

| TORTS | OTHER CIVIL | |
|---|---|---|
| ☐ Asbestos | ☐ Adoption | ☐ Appeal from Magistrate Court |
| ☒ *Professional Malpractice* | ☐ Contract | ☐ Petition for Modification of Magistrate Sentence |
| ☐ Personal Injury | ☐ Real Property | ☐ Miscellaneous Civil |
| ☐ Product Liability | ☐ Mental Health | ☐ Other |
| ☐ Other Tort | ☐ Appeal of Administrative Agency | |

**II.   JURY DEMAND:**   ☒ Yes   No

**CASE WILL BE READY FOR TRIAL BY** *(MONTH/YEAR)*: Unknown

**III.   DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?** ☐ YES   ☒ NO
**IF YES, PLEASE SPECIFY:**

   ☐   Wheelchair accessible hearing room and other facilities
   ☐   Interpreter or other auxiliary aid for the hearing impaired
   ☐   Reader or other auxiliary aid for the visually impaired
   ☐   Spokesperson or other auxiliary aid for the speech impaired
   ☐   Other:

*Attorney Name*: Ben Salango (#7790)

*Representing*:   ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Cross-Complainant*   ☐ *Cross-Defendant*

*Firm*: Salango Law, PLLC
*Address*: 206 Capitol Street, Charleston, WV 25301
*Telephone*: (304) 342-0512

Dated: 9-15-21

Ben Salango (WV State Bar #7790)

# IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

ANNA MARIA TARULLO,

    Plaintiff,

v.                           CIVIL ACTION NO. 21-C-817

CHARLESTON AREA MEDICAL CENTER, INC.;    Webster
and TIFFANY LASKY, D.O.,

    Defendants.

## COMPLAINT

For her Complaint against the Defendants, Plaintiff alleges as follows:

### Parties

1. Plaintiff is a resident of Lexington, Kentucky.

2. Tiffany Lasky, D.O. is a resident of Charleston, Kanawha County, West Virginia.

3. Charleston Area Medical Center, Inc., is a domestic corporation with its principal place of business located in Charleston, Kanawha County, West Virginia.

### Venue and Jurisdiction

4. In accordance with West Virginia Code § 56-1-1, venue is appropriate in the Circuit Court of Kanawha County because the cause of action arose in Kanawha County, West Virginia.

5. Plaintiff has substantially complied with all pre-litigation requirements contained in W. Va. Code § 55-7B-6.

### Facts

6. On August 28, 2020, Plaintiff presented to Charleston Area Medical Center Women's and Children with increased abdominal pain and nausea following a laparoscopic

cholecystectomy earlier that day. Plaintiff was experiencing tachycardia and tachypnea. An x-ray revealed "Free intraperitoneal air felt to be postoperative in this patient recent cholecystectomy."

7. Plaintiff was evaluated by resident physicians at Charleston Area Medical Center and Tiffany Lasky, D.O. who failed to timely diagnose and treat a bowel injury that occurred during the laparoscopic cholecystectomy on August 28, 2020.

8. As a result of the delay in diagnosis and treatment, Plaintiff experienced septic shock and sustained severe and permanent injuries.

9. Charleston Area Medical Center, Inc., through its employees and agents, deviated from the accepted standard of care on August 28, 2020, by failing to timely diagnose and treat the injury to Plaintiff's bowel.

10. Defendant Tiffany Lasky, D.O. deviated from the accepted standard of care on August 28, 2020, by failing to timely diagnose and treat the injury to Plaintiff's bowel.

11. These deviations from the standard of care were a proximate cause of Plaintiff's severe and permanent injuries and damages.

12. As a direct and proximate result of Defendants' negligence, Plaintiff was deprived of a chance of recovery and/or said negligence increased the risk of harm to her which was a substantial contributing factor in bringing about her injuries.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants for an award of damages including, but not limited to economic and non-economic damages plus taxable court costs and interest.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

**ANNA MARIA TARULLO,**
By counsel,

_____
Ben Salango (WVSB #7790)
**SALANGO LAW, P.L.L.C.**
206 Capitol Street
Charleston, West Virginia 25331
Phone: (304) 342-0512
Fax: (304) 342-0513
*Counsel for Plaintiff*