# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

Reply to:  Charleston

**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk Of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

*[Stamped: FILED 2021 NOV -1 AM 11:49 CATHY S. GATSON, CLERK KANAWHA COUNTY CIRCUIT COURT]*

October 28, 2021

Cathy S. Gatson, Clerk
Circuit Court of Kanawha County
Kanawha County Judicial Building
P.O. Box 2351
Charleston, WV 25301

*[Stamped: FILED NOV -3 2021 RORY L. PERRY II, CLERK U.S. District Court Southern District of West Virginia]*

Re:   Tarullo v. Charleston Area Medical Center, Inc., et al; Civil Action No. 2:21-cv-00555;
       Your Civil Action No. 21-C-817

Dear Ms. Gatson:

The above-noted civil action has been remanded to the Circuit Court of Kanawha County, West Virginia pursuant to the Order entered this day by the Honorable Joseph R. Goodwin.

Enclosed please find the file maintained for this case during its pendency in our Court and a certified copy of the Order and docket sheet.

Please acknowledge receipt of the enclosed on the copy of this letter attached.

Very truly yours,

RORY L. PERRY, CLERK OF COURT

By: _____
Deputy Clerk

Receipt is hereby acknowledged of the items described herein:

Date: __11-1-21__

CATHY S. GATSON, CIRCUIT COURT
OF KANAWHA COUNTY, WEST VIRGINIA

By: _____
Deputy Clerk